AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00160 |
| DANA JOE WINN | ) Assigned to: Judge Zia M. Faruqui |
|  | ) Assign Date: 1/25/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dana Joe Winn,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Unlawful Entry on Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(G)- Violent entry and disorderly conduct on Capitol Grounds

Date: 01/25/2021

2021.01.25 21:17:39 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/25/2021, and the person was arrested on *(date)* 1/26/2021
at *(city and state)* Jacksonville, Florida.

Date: 2/5/2021

*Arresting officer's signature*

Ana Marcus Special Agent - FBI
*Printed name and title*